IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | 4:17-CR-172-A |
| | § | |
| CHAD EMMETT RANKIN | § | |

## MOTION TO EXPEDITE SENTENCING

COMES NOW the Defendant, CHAD EMMETT RANKIN and moves the court to expedite the sentencing in this case set February 23, 2018 and set the sentencing hearing as early as practicable. In support thereof, Defendant shows the following:

On October 4, 2017, defendant plead guilty to Maintaining a Drug Involved Premises, under 21 U.S.C. 856 (a)(1). Currently the presentence investigation report is due January 2, 2018 and the sentencing hearing is scheduled presently for February 23, 2018.

Chad Rankin is in the custody of the U.S. Marshal Service at Parker County jail with a host of medical issues that require immediate care; i.e. daily injections for a blood disorder and colorectal cancer: status undetermined. Additionally, Mr. Rankin has been transported to the hospital for emergency care on more than one occasion.

We believe that Mr. Rankins' health issues are significant enough to warrant the attention of the court and that he would receive the medical care he needs as a sentenced inmate at FMC Fort Worth.

Furthermore, it would not advance any interest of the Defendant, the Government or the trial court to delay sentencing the defendant in this case. Defendant is aware of and understands the time afforded him under Fed.R.Crim.Pro. 32 and Local Rule 10.9 and waives said additional time afforded him.

WHEREFORE PREMISES CONSIDERED, Defendant respectfully requests the

sentencing hearing and all applicable deadlines be expedited and rescheduled to the earliest practicable date the court may choose in 2017.

Respectfully submitted,

_____
Loren Green
Attorney for Chad Emmett Rankin
SBOT No. 24029179

Green Law Texas
1521 N. Cooper St. Suite 800
Arlington, Texas 76011
Telephone: (817) 265-7000
Facsimile: (817) 983-2563

CERTIFICATE OF SERVICE

I, hereby, certify that on the ___ day of November 2017 a copy of the foregoing was hand-delivered to the United States Attorney's office at 501 W. 10th Street Fort Worth, Texas 76102.

_____
Loren Green
Attorney for Chad Emmett Rankin

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | 4:17-CR-174-A |
| | § | |
| CHAD EMMETT RANKIN | § | |

## ORDER MOTION TO EXPEDITE SENTENCING

On this the _____ day of November, 2017 came to be heard Defendant's Motion to Expedite Sentencing. The Court orders this motion GRANTED/DENIED.

Sentencing in this cause is set for _____ on _____.

_____
DISTRICT COURT JUDGE
HON. JOHN MCBRYDE